1

JEREMY J. THOMPSON

2

Nevada Bar No. 12503
CLARK HILL PLLC

3

3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

4

Tel: (702) 862-8300
Fax: (702) 862-8400

5

Email: jthompson@clarkhill.com
*Attorney for Defendant*

6

*Equifax Information Services LLC*

7

8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10

MIR S. ELAHI, an individual; and
SAWMIYEH M. ELAHI, an individual,

**Case No. 2:20-cv-00174-KJD-VCF**

11

Plaintiffs,

12

vs.
KEYBANK NA, a Foreign Corporation;
EQUIFAX INFORMATION SERVICES LLC, a

**JOINT MOTION FOR EXTENSION OF
TIME FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC TO
FILE ANSWER**

13

Foreign Limited-Liability Company; EXPERIAN
INFORATION SOLUTIONS, INC., a Foreign

14

Corporation; INNOVIS DATA SOLUTIONS,
INC., a Foreign Corporation; and TRANS

**SECOND REQUEST**

15

UNION LLC, a Foreign Limited-Liability
Company,

16

17

Defendants.

18

19

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20

time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21

no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

22

AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

23

answer, move or otherwise respond to the Complaint in this action is extended from April 27,

24

2020 through and including **May 27, 2020**.  Plaintiff and Equifax are actively engaged in

25

. . .

26

. . .

27

. . .

28

settlement discussions.  The additional time to respond to the Complaint will facilitate settlement discussions.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 27th day of April, 2020.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**No opposition**

/s/ Erik W. Fox, Esq.
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 4-29-2020
_____

- 2 -

1

## CERTIFICATE OF SERVICE

2        I hereby certify that a true and exact copy of the foregoing has been served this 27th day of

3    April, 2020, via the Court's CM/ECF system which will send notification to all counsel of record.

4
                    Jamie S. Cogburn, Esq.
5                    Erik W. Fox, Esq.
                    COGBURN LAW OFFICES
6                    2508 St. Rose Parkway, Suite 330
                    Henderson, NV 89074
7                    Email: jsc@cogburnlaw.com
                    Email: efox@cogburnlaw.com
8

9

10                                    CLARK HILL PLLC

11                                    By:  /s/  Jeremy J. Thompson
12                                    Jeremy J. Thompson
                                    Nevada Bar No. 12503
13                                    3800 Howard Hughes Pkwy, Suite 500
                                    Las Vegas, NV 89169
14                                    Tel: (702) 862-8300
                                    Fax: (702) 862-8400
15                                    Email: jthompson@clarkhill.com

16
                                    *Attorneys for Defendant Equifax Information*
17                                    *Services LLC*

18

19

20

21

22

23

24

25

26

27

28

- 3 -