COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIR S. ELAHI, an individual; and SAWMIYEH M. ELAHI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KEYBANK NA, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; INNOVIS DATA SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:20-cv-00174-KJD-VCF<br><br>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Plaintiffs, Mir S. Elahi and Sawmiyeh M. Elahi ("Plaintiffs") and Defendant, Experian Information Solutions, Inc., by and through their respective attorneys of record, request that the

. . .

. . .

. . .

above-captioned matter be dismissed with prejudice as to Experian Information Solutions, Inc. only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 7th day of July, 2020.                                   Dated this 7th day of July, 2020.

**COGBURN LAW**                                                              **NAYLOR & BRASTER**

By: */s/Erik W. Fox*                                                              By: */s/Andrew J. Sharples*
    Jamie S. Cogburn, Esq.                                                  Jennifer L. Braster, Esq.
    Nevada Bar No. 8409                                                      Nevada Bar No. 9982
    Erik W. Fox, Esq.                                                              Andrew J. Sharples, Esq.
    Nevada Bar No. 8804                                                      Nevada Bar No. 12866
    2580 St. Rose Parkway, Suite 330                             1050 Indigo Drive, Suite 200
    Henderson, Nevada 89074                                          Las Vegas, NV 89145
    *Attorneys for Plaintiffs*                                                *Attorneys for Experian Information Solutions, Inc.*

      **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

7/28/2020
_____
DATE