COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIR S. ELAHI, an individual; and SAWMIYEH M. ELAHI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KEYBANK NA, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; INNOVIS DATA SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, <br><br> Defendants. | Case Number 2:20-cv-00174-KJD-VCF <br><br> **JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY** |

Plaintiffs, Mir S. Elahi and Sawmiyeh M. Elahi ("Plaintiffs") and Defendant, Equifax Information Services LLC, by and through their respective attorneys of record, request that the

. . .

. . .

. . .

above-captioned matter be dismissed with prejudice as to Equifax Information Services LLC only, pursuant to FRCP 41(a)(2). Each party shall bear its own attorney fees and costs incurred herein.

Dated this 18th day of August, 2020.   Dated this 18th day of August, 2020.

**COGBURN LAW**   **CLARK HILL PLLC**

By: */s/Erik W. Fox*   By: */s/Jeremy J. Thompson*
    Jamie S. Cogburn, Esq.       Jeremy J. Thompson, Esq.
    Nevada Bar No. 8409       Nevada Bar No. 12503
    Erik W. Fox, Esq.       3800 Howard Hughes Parkway, Suite 500
    Nevada Bar No. 8804       Las Vegas, NV 89169
    2580 St. Rose Parkway, Suite 330       *Attorneys for Equifax Information*
    Henderson, Nevada 89074       *Services LLC*
    *Attorneys for Plaintiffs*

There being no opposition.
**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

9/1/2020
_____
DATE