1  COGBURN LAW
   Jamie S. Cogburn, Esq.
2  Nevada Bar No. 8409
   jsc@cogburncares.com
3  Erik W. Fox, Esq.
   Nevada Bar No. 8804
4  ewf@cogburncares.com
   2580 St. Rose Parkway, Suite 330
5  Henderson, Nevada 89074
   Telephone: (702) 748-7777
6  Facsimile: (702) 966-3880
   *Attorneys for Plaintiffs*

7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

| | |
|---|---|
| MIR S. ELAHI, an individual; and SAWMIYEH M. ELAHI, an individual, | Case Number: 2:20-cv-00174-KJD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |
| KEYBANK NA, a Foreign Corporation; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; INNOVIS DATA SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, Mir S. Elahi and Sawmiyeh M. Elahi ("Plaintiffs") and Defendant, Trans Union LLC ("Defendant"), by and through their

. . .

. . .

. . .

respective attorneys of record, that all Plaintiffs' claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 26th day of January, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiffs*

Dated this 26th day of January, 2021.

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: */s/Jennifer Bergh*
    Jennifer Bergh, Esq.
    Nevada Bar No. 14480
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    *Attorneys for Trans Union LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

    1/27/2021
_____
DATE